# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL BROWARD, | ) |
| | ) |
|     Plaintiff, | ) No. 1:05-cv-01774 (HHK) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
|     Defendant. | ) |

## ENTRY OF APPEARANCE

Please enter the appearance of Jennifer L. Vozne as attorney for the defendant in the above-captioned proceeding.

DATED: January 17, 2006.

                                              Respectfully submitted,

                                              /s/ Jennifer L. Vozne
                                              JENNIFER L. VOZNE
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              P.O. Box 227
                                              Ben Franklin Station
                                              Washington, DC 20044
                                              Phone/Fax: (202) 307-6555/514-6866
                                              Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

1505519.1

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing ENTRY OF APPEARANCE was served upon the following person on January 17, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Paul Broward
>2442 NW Market Street, #729
>Seattle, WA 98107

      /s/ Jennifer L. Vozne
      JENNIFER L. VOZNE