IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL BROWARD, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>    Defendant. ) | No. 1:05-cv-01774 (HHK) |

## DECLARATION OF JENNIFER L. VOZNE

I, Jennifer L. Vozne, under 28 U.S.C. § 1746, declare as follows:

1. I am a trial attorney with the Department of Justice Tax Division. As part of my duties, I have been assigned responsibility for litigation of the above-captioned case.

2. As part of my duties, I have received documents kept and generated by the Internal Revenue Service with respect to the above-captioned case.

3. According to the Internal Revenue Service's records, as of November 18, 2005, the plaintiff has a balance due of $24,553.83 for his federal individual income tax liabilities for tax year 2002. A true and correct copy of an Internal Revenue Service transcript, dated December 14, 2005, is attached as exhibit 1.[1]

---

[1] I have been informed by a representative of the Internal Revenue Service that Paul Brokish is an alias of the plaintiff.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge, information and belief.

DATED: January 17, 2006.

>/s/ Jennifer L. Vozne
>JENNIFER L. VOZNE
>Trial Attorney
>Washington, DC