```
Station Name: DLS0149001 Date: 12/15/2005 Time: 9:54:26 AM

IMFOLI      -4252                IMF INDEX         NM CTRL:BROK
                                                                UP-CYC:50
PAUL J BROKISH
ENTITY MF ACTIVE:50  FREEZE CODES:     -C    AUDIT HISTORY: YES  VESTIGIAL:  YES
TOTAL ASSESSED BAL:        21,989.42   (*TOTAL OF ACTIVE TAX MODS ASSESSED BALS*)
               MF                        INTEREST   FREEZE    POSTED         STAT
 MFT TXPD  FSC ACT TIF TOTAL MOD BALANCE COMP DTE   CODES     RETURN   ADJ   HIS
  30 198712  1  50  NO              .00  20051226     -C      POSTED   NO    12
  30 198812  1  50  NO              .00  20051226     -C      POSTED   YES   12
  30 198912  1  50  NO              .00  20051226     -C      POSTED   NO    12
  30 199012  1  50  NO              .00  20051226  G  -CI     POSTED   NO    12
  30 199112  1  50  NO              .00  20051226     -       POSTED   NO    12
  30 199212  1  50  NO              .00  20051226  G  -I      POSTED   NO    12
  30 199312  1  50  NO              .00  20051226     -       POSTED   NO    12
  30 199412  1  50  NO              .00  20051226     -       POSTED   NO    12
  30 199512  1  50  NO              .00  20051226     -       POSTED   NO    12
  30 199612  1  50  NO              .00  20051226     -       POSTED   YES   12
  30 199712  2  50  NO              .00  20051226     -       ELF      YES   12
  30 199812  2  50  NO              .00  20051226     -       ELF      YES   12
  30 199912  3  50  YES             .00  20051226     -R      SUBST4   NO    03
  30 200012  3  50  YES             .00  20051226     -R      SUBST4   NO    03
  30 200112  3  50  YES             .00  20051226     -R      SUBST4   NO    03
  30 200212  3  50  YES       24,553.83  20051226  T  -       SUBST4   YES   26
               PAGE 001 OF 002            IMFPG 002
```

EXHIBIT

```
Station Name: DLS0149001 Date: 12/15/2005 Time: 9:54:30 AM

IMFOLI        -4252              IMF INDEX          NM CTRL:BROK
                                                                    UP-CYC:50
PAUL J BROKISH
ENTITY MF ACTIVE:50  FREEZE CODES:    -C    AUDIT HISTORY: YES  VESTIGIAL:  YES
TOTAL ASSESSED BAL:              .00  (*TOTAL OF ACTIVE TAX MODS ASSESSED BALS*)
              MF                          INTEREST   FREEZE   POSTED        STAT
 MFT TXPD FSC ACT TIF TOTAL MOD BALANCE   COMP DTE   CODES    RETURN   ADJ  HIS
  30 200312  3  50 YES              .00   20051226     -       NONE    NO   03




              PAGE 002 OF 002         IMFPG 001
```