IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL BROWARD, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-01774 (HHK) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**<u>NOTICE OF RELATED CASES</u>**

Save for the identity of the plaintiffs, the complaints in the following cases are substantially identical to that filed in this matter:

1. Edward J. Armbruster III v. United States, Civil No. 1:05-2375

2. Jeffrey Bean v. United States, Civil No. 1:05-2145

3. Hamlet C. Bennett v. United States, Civil No. 1:05-2297

4. Matthew Brandt v. United States, Civil No. 1:05-1613

5. John Burton v. United States, Civil No. 1:05-2121

6. Carol Cooper v. United States, Civil No. 1:05-1192

7. Richard M. Donnally v. United States, Civil No. 1:05-2049

8. Joseph A. & Elizabeth J. Gaines v. United States, Civil No. 1:05-2326

9. Lee F. Garvin v. United States, Civil No. 1:05-01775

10. Brent & Rhonda Gross, Civil No. 1:05-1818

11. Kevin Haydel v. United States, Civil No. 1:05-2405

12. Kenneth G. & Mary C. Heath, Civil No. 1:05-2332

13. William Henry, Jr. v. United States, Civil No. 1:05-2084

14. Grant & Ethel Holyoak v. United States, Civil No. 1:05-1829

15. Lavern Koerner v. United States, Civil No. 1:05-1600

16. William M. Kramer v. United States, Civil No. 1:05-1659

17. Stephen J. & Patricia Lindsey v. United States, Civil No. 1:05-1761

18. Wallace Lohmann v. United States, Civil No. 1:05-1976

19. Rudolph Luscher v. United States, Civil No. 1:05-1987

20. Gregory Martens v. United States, Civil No. 1:05-1805

21. William R. Masterson v. United States, Civil No. 1:05-1807

22. Richard & Wilma Metsker v. United States, Civil No. 1:05-2457

23. James O'Connor v. United States, Civil No. 1:05-2075

24. Lawrence Otto v. United States, Civil No. 1:05-2319

25. Amelia Petersheim v. United States, Civil No. 1:05-1815

26. George & Claudia Pragovich v. United States, Civil No. 1:05-2222

27. Charles Radcliffe v. United States, Civil No. 1:05-1624

28. Ronald N. Romanshko v. United States, Civil No. 1:05-2239

29. Lawrence & Debra Schafrath v. United States, Civil No. 1:05-1656

30. Robert Scott & Linda Casoria-Scott v. United States,

Civil No. 1:05-2043

31. Sandra Shoemaker v. United States, Civil No. 1:05-1736

32. Daniel T. & Mary G. Smith v. United States, Civil No. 1:05-2069

33. David & Debra Stinecipher v. United States, Civil No. 1:05-2434

34. Bruce & Elise Travis v. United States, Civil No. 1:05-1867

35. Daniel & Donna Turner v. United States, Civil No. 1:05-1716

36. Gregg & Regina Whitefield v. United States, Civil No. 1:05-1961

Indeed, not only are the complaints substantially identical, but some subsequent filings have been identical as well.

DATED: January 17, 2006.

        Respectfully submitted,

        /s/ Jennifer L. Vozne
        JENNIFER L. VOZNE
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 227
        Ben Franklin Station
        Washington, DC 20044
        Phone/Fax: (202) 307-6555/514-6866
        Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

1505437.1

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF RELATED CASES was served upon the following person on January 17, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

Paul Broward
2442 NW Market Street, #729
Seattle, WA 98107

/s/ Jennifer L. Vozne
JENNIFER L. VOZNE

1505437.1