UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL BROWARD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　　　Defendant. | Civil Action 05-01774 (HHK) |

ORDER DIRECTING PLAINTIFF TO RESPOND TO
DEFENDANT'S DISPOSITIVE MOTION

This matter comes before the court upon defendant's motion to dismiss [#5], filed January 17, 2005 [#9].

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice ... should include an explanation that the failure to respond ... may result in the district court granting the motion and dismissing the case." *Id.* at 509. Failure to respond to the defendant's motion to dismiss may result in the court granting that motion as conceded, thereby possibly resolving the entire case in favor of defendant.

Accordingly, it is by the court this 18th day of January, 2006,

**ORDERED** that plaintiff file his opposition to defendant's motion on or before February 17, 2005. If plaintiff fails to file a response or opposition to defendant's motion by this deadline, the court may enter judgment in favor of defendant. *See* LCvR 7(b).

　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge