Paul Broward
2442 NW Market St. #729
Seattle WA 98107

## UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Paul Broward

                Plaintiff(s),          Case No. 1:05-cv-01774-HHK

v.

United States
                Defendant.

### RESPONSE TO UNITED STATES' NOTICE OF RELATED CASES

Plaintiff(s) responds to the United States' Notice of Related Cases.

Plaintiff(s) have no idea what the defendant wishes either the plaintiff(s) or the court to do with defendants' Notice of related cases. Said pleading does not ask for a response from the plaintiff(s) nor does it request a response from the court, nor does it present any cognizable issue that is relevant to any matter raised in plaintiff('s)(s') complaint.

The record shows that plaintiff(s) have no related cases in this Court or any other United States court. Plaintiff(s) have/has no knowledge of the cases listed in defendant's Notice of Related Cases. Plaintiff(s) have/has not been served copies of the listed cases, nor have/has plaintiff(s) read the listed cases. Plaintiff(s) have/has no knowledge as to who plaintiff(s) are in the listed cases. To the extent that the listed cases allege facts

FILED

FEB 13 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

similar to the facts alleged in plaintiff(s)' complaint the listed cases are sufficient to establish a pattern of unlawful activity on the part of the IRS.

Wherefore, plaintiff(s) request(s) the court to regard defendants' notice as an admission of a pattern of unlawful activity, in violation of 18 U.S.C. §1964(a) - racketeering, by the IRS, and take judicial notice that the aforementioned Notice of Related Cases is evidence that others are also complaining that the IRS is engaging in similar pattern of unlawful activity.

Dated  09 FEBRUARY , 2006

_____
Paul Broward

### CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on Defendants' Counsel at his address of record.

Dated  09 FEBRUARY , 2006

_____
Paul Broward