IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL BROWARD, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-01774 (HHK) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

### UNITED STATES' OPPOSITION TO MOTION FOR SANCTIONS UNDER FED. R. CIV. P. 11(b) AND FOR REFERRAL TO THE BAR DISCIPLINARY COMMITTEE

The United States opposes plaintiff's motion for sanctions under Fed. R. Civ. P. 11 and bar referral.1/ Plaintiff's motion should be denied, because plaintiff failed to comply with the procedural requisites to bringing such a motion as required by Fed. R. Civ. P. 11. and plaintiff's allegations are meritless.

Under Fed. R. Civ. P. 11(c), plaintiff is required to serve a copy of a motion for sanctions upon the United States, prior to filing with the Clerk of the Court. Fed. R. Civ. P. 11(c)(1)(A). He may only file the motion after waiting 21 days to permit the United States time to consider the motion and take appropriate action, if

---

1/ The United States deems plaintiff's motion for sanctions and bar referral to be extremely serious, and points out to the Court that there are substantially identical motions for sanctions and bar referrals filed in several of the related cases, indicating an orchestrated and coordinated effort on behalf of these "*pro se*" plaintiffs.

deemed necessary. See Fed. R. Civ. P. 11(c)(1)(A). Plaintiff does not allege, nor can he demonstrate, that he has complied with this requirement.

More importantly, plaintiff's motion lacks even an iota of merit. The United States' motion to dismiss is based upon statutory authority and well-developed case law as evidenced in the supporting memorandum filed with the motion to dismiss. Since the United States' motion to dismiss is well-founded in law, there is certainly no basis for requesting sanctions or a bar referral.

For the foregoing reasons, the United States respectfully requests that plaintiff's motion for sanctions and bar referral be denied and stricken from the record.

DATED: February 24, 2006.

                                                      Respectfully submitted,

                                                      /s/ Jennifer L. Vozne
                                                      JENNIFER L. VOZNE
                                                      Trial Attorney, Tax Division
                                                      U.S. Department of Justice
                                                      P. O. Box 227, Ben Franklin Station
                                                      Washington, D.C. 20044
                                                      Phone/Fax: (202) 307-6555/514-6866
                                                      Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

1562752.1