IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL BROWARD, | ) |
| | ) |
|     Plaintiff, | ) No. 1:05-cv-01774 (HHK) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
|     Defendant. | ) |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' OPPOSITION TO MOTION FOR SANCTIONS UNDER FED. R. CIV. P. 11(b) AND FOR REFERRAL TO THE BAR DISCIPLINARY COMMITTEE, and proposed ORDER were served upon the following persons on February 24, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

    Paul Broward
    2442 NW Market Street, #729
    Seattle, WA 98107

     /s/ Jennifer L. Vozne
    JENNIFER L. VOZNE