IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL BROWARD, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-01774 (HHK) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' OPPOSITION TO PLAINTIFF'S REQUEST FOR LEAVE TO AMEND COMPLAINT

The United States opposes plaintiff's motion to amend his complaint, because the proposed amended complaint is insufficient to establish that plaintiff exhausted his administrative remedies as required by 26 U.S.C. § 7433. Thus, the Court lacks subject matter jurisdiction over the proposed amended complaint as well as the complaint.

Plaintiff never alleges that he filed an administrative claim as required by 26 U.S.C. § 7433(d). To the contrary, plaintiff argues, as he did in his complaint, that he does not need to exhaust his administrative remedies. (Pl. Proposed Am. Compl. ¶ 6.) The Secretary of the Treasury promulgated regulations governing the administrative claim for damages under section 7433. See 26 C.F.R. § 301.7433-1(e). The regulations provide that

> *An administrative claim for the lesser of $1,000,000 ($100,000 in the case of negligence) or actual, direct economic damages, as defined in paragraph (b) of this section [7433] shall be sent in writing to the Area Director, Attn: Compliance Technical Support Manager of the area in which the taxpayer currently resides.*

26 C.F.R. § 301.7433-1(e)(1) (emphasis added).  The taxpayer must send a written administrative claim for damages to the area director in the district in which the taxpayer lives and include the following: (1) the grounds for the claim; (2) a description of the injuries incurred by the taxpayer; (3) the dollar amount of the claim, including any damages not yet incurred but that are reasonably foreseeable; and (4) the signature of the taxpayer.  26 C.F.R. § 301.7433-1(e)(1) and (2).  Failure to comply with this regulation deprives a court of jurisdiction.  See McGuirl v. United States, 360 F.Supp.2d 125, 128 (D.D.C. 2004); Venen v. United States, 38 F.3d 100, 103 (3d Cir. 1994); Conforte v. United States, 979 F.2d 1375 (9th Cir. 1992).

//

//

//

//

//

For the foregoing reasons, plaintiff's request for leave to file an amended complaint should be denied.

DATED: February 24, 2006.

        Respectfully submitted,

        /s/ Jennifer L. Vozne
        JENNIFER L. VOZNE
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P. O. Box 227, Ben Franklin Station
        Washington, D.C.  20044
        Phone/Fax:  (202) 307-6555/514-6866
        Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

# CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' OPPOSITION TO PLAINTIFF'S REQUEST FOR LEAVE TO AMEND COMPLAINT and proposed ORDER were served upon the following person(s) on February 24, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>   Paul Broward
>   2442 NW Market Street, #729
>   Seattle, WA 98107

    /s/ Jennifer L. Vozne
JENNIFER L. VOZNE

1562327.1