**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**PAUL BROWARD,**

               **Plaintiff,**

      **v.**                        **Civil Action 05-01774 (HHK)**

**UNITED STATES,**

               **Defendant.**

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated by the court in its memorandum

docketed this same day, it is this 3rd day of July, 2006, hereby

**ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendant.


                               Henry H. Kennedy, Jr.
                               United States District Court